# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL LOPEZ-RANGEL,<br><br>Plaintiff,<br><br>v.<br><br>PAUL COPENHAVER, et al.,<br><br>Defendants. | Case No. 1:14-cv-01175 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO EXPEDITE PROCEEDINGS<br><br>(Document 6) |

Plaintiff Ismael Lopez-Rangel ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil action on July 28, 2014, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

On December 19, 2014, Plaintiff filed a motion to expedite the proceedings. As the Court has screened Plaintiff's complaint by separate order, Plaintiff's motion is DISREGARDED.

IT IS SO ORDERED.

Dated: **January 16, 2015**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1