# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL LOPEZ-RANGEL, | Case No. 1:14-cv-01175 DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO KEEP COURT APPRISED OF CURRENT ADDRESS |
| v. | |
| PAUL COPENHAVER, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Ismael Lopez-Rangel ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed this civil action on July 28, 2014, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.[1]

In a December 19, 2014, filing, Plaintiff indicated that he is a citizen of Mexico and would be deported upon release, which was within six months. Plaintiff asked that his case be expedited in light of his upcoming release and deportation.

On January 22, 2015, the Court screened the complaint and dismissed it with leave to amend. Plaintiff filed his amended complaint on March 2, 2015.

According to the Bureau of Prisons Inmate Locator, Plaintiff was released from custody on May 4, 2015.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 13, 2014.

1

Therefore, given Plaintiff's notice to the Court of his upcoming release and deportation, as well as his May 5, 2015, release, it appears that Plaintiff's address on file with the Court (USP-Atwater) is no longer current.

Plaintiff is required to keep the Court apprised of his current address at all times. Local Rule 183(b). Over four months have passed since Plaintiff's release, and he has not updated his address with the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed, without prejudice, for failing to keep the Court apprised of his current address.

Plaintiff SHALL file a response to this order to show cause within thirty (30) days of the date of service of this order. Plaintiff may also comply with this order by filing a notice of change of address.

<u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **September 15, 2015**              /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE