# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL LOPEZ-RANGEL,<br><br>Plaintiff,<br><br>v.<br><br>PAUL COPENHAVER, et al.,<br><br>Defendants. | Case No. 1:14-cv-01175 DLB PC<br><br>ORDER VACATING JUDGMENT AND DIRECTING CLERK TO REOPEN ACTION<br><br>(Document 19) |

Plaintiff Ismael Lopez-Rangel ("Plaintiff"), a former federal prisoner proceeding pro se and in forma pauperis, filed this civil action on July 28, 2014, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.[1]

On April 19, 2016, the Court dismissed this action for failure to comply with numerous Court orders and failure to prosecute, and entered judgment.

On May 6, 2016, the Court received Plaintiff's Second Amended Complaint.  In light of the fact that Plaintiff now resides in Mexico and there are possible mail delays, as well as the fact that Plaintiff is attempting to comply with Court orders, the Court VACATES the April 19, 2016, judgment and DIRECTS the Clerk of Court to reopen this action.

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 13, 2014.

1

1 | Plaintiff's Second Amended Complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **May 10, 2016**                     /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE